E-FILED
Thursday, 30 September, 2004  04:56:55 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| BRIAN COOTS,           ) | |
|        Plaintiff,   ) | |
|                ) | |
| vs.                    ) | Civil Action No. 04-1161 |
|                ) | |
| PEORIA & PEKIN UNION RAILWAY COMPANY, ) | |
|        Defendant.  ) | |

**NOTICE OF TAKING DISCOVERY DEPOSITION**

TO:  Craig Church, Hoey & Farina, counsel for Plaintiff
       Reynolds Reporting Service

YOU WILL HEREBY TAKE NOTICE that on **Tuesday, October 12, 2004, at 9:00 a.m.**, at the offices of Westervelt, Johnson, Nicoll & Keller, LLC, 411 Hamilton Blvd., Suite 1400, Peoria, Illinois, counsel for Defendant, will take the deposition of **BRIAN COOTS**, that said deposition will be taken on oral interrogatories before Reynolds Reporting Service, a Notary Public, or any other officer authorized by law to take depositions in like cases, at which time and place **BRIAN COOTS** is requested to appear for said deposition.

Dated this 30th day of September, 2004.

                              PEORIA & PEKIN UNION RAILWAY COMPANY, Defendant.

                                  s/ Daniel L. Johns
                            Daniel L. Johns, Attorney Bar No.: 1339389
                            Attorney for Defendant
                            WESTERVELT, JOHNSON, NICOLL & KELLER, LLC
                            411 Hamilton Boulevard, Suite 1400
                            Peoria, IL  61602
                            Telephone: 309/671-3550
                            Facsimile:  309/671-3588
                            Our File No.: 525/41493
                            e-mail:  djohns@westerveltlaw.com

**PROOF OF SERVICE**

      I hereby certify that on September 30, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Craig W. Church, Hoey & Farina, 542 S. Dearborn, Suite 200, Chicago, Illinois 60605, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: Reynolds Reporting Service, 331 Fulton Street, Suite 530, Peoria, Illinois 61602.

                                          s/ Daniel L. Johns
                                Daniel L. Johns, Attorney Bar No.: 1339389
                                Attorney for Defendant
                                WESTERVELT, JOHNSON, NICOLL & KELLER, LLC
                                411 Hamilton Boulevard, Suite 1400
                                Peoria, IL 61602
                                Telephone: 309/671-3550
                                Facsimile: 309/671-3588
                                Our File No.: 525/41493
                                e-mail: djohns@westerveltlaw.com