IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| BRIAN COOTS,        )<br>                     )<br>          Plaintiff,   )<br>                     )<br>   vs.               )<br>                     )<br> PEORIA & PEKIN UNION RAILWAY COMPANY, )<br>                     )<br>          Defendant.  ) | Civil Action No. 04-1161 |

### NOTICE OF FILING

    I hereby certify that on February 16, 2005, that I have mailed by United States Postal Service Defendant's Response to Request to Admit to the following:

    Craig W. Church
    Hoey & Farina
    542 S. Dearborn, Suite 200
    Chicago, Illinois  60605,

and I hereby certify that on February 18, 2005 I electronically filed the foregoing Notice of Filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Craig W. Church, Hoey & Farina, 542 S. Dearborn, Suite 200, Chicago, Illinois  60605.

                                                                          s/ Daniel L. Johns
                                       Daniel L. Johns, One of Its Attorneys
                                       Attorney Bar No.:  1339389
                                       Attorney for Defendant
                                       WESTERVELT, JOHNSON, NICOLL & KELLER, LLC
                                       411 Hamilton Blvd., Suite 1400
                                       Peoria, Illinois  61602
                                       Phone:  309/671-3550
                                       Fax:  309/671-3588
                                       E-mail:  djohns@westerveltlaw.com
                                       Our File No.:  525/41493