IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| BRIAN COOTS,<br><br>        Plaintiff,<br><br>vs.<br><br>PEORIA & PEKIN UNION RAILWAY COMPANY,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-1161<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

The undersigned, on behalf of Defendant, PEORIA & PEKIN UNION RAILWAY COMPANY, certifies that true copies of the following were served on the indicated dates:

| | Document Served | Date of Mailing |
|---|---|---|
| (1) | Defendant's Response to Request to Produce | February 28, 2005 |
| (2) | Defendant's Answers to Plaintiff's Second Set of Supplemental Interrogatories | February 28, 2005 |

upon the parties in this case by enclosing said copies in separate envelopes addressed to their attorneys of record as described below and depositing said envelopes with postage prepaid for first-class mail in the United States mail at Peoria, Illinois on February 28, 2005:

Craig W. Church
Hoey & Farina
542 S. Dearborn, Suite 200
Chicago, Illinois 60605,

                                            s/ Daniel L. Johns
                          Daniel L. Johns, One of Its Attorneys
                          Attorney Bar No.: 1339389
                          Attorney for Defendant
                          WESTERVELT, JOHNSON, NICOLL & KELLER, LLC
                          411 Hamilton Blvd., Suite 1400
                          Peoria, Illinois 61602
                          Phone: 309/671-3550
                          Fax: 309/671-3588
                          E-mail: djohns@westerveltlaw.com
                          Our File No.: 525/41493

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 28, 2005 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      I hereby certify that I have mailed by United States Postal Service, first-class postage prepaid, the document to the following non CM-ECF participant:

Craig W. Church
Hoey & Farina
542 S. Dearborn, Suite 200
Chicago, Illinois  60605.

          s/ Daniel L. Johns
Daniel L. Johns, One of Its Attorneys
Attorney Bar No.:  1339389
Attorney for Defendant
WESTERVELT, JOHNSON, NICOLL & KELLER, LLC
411 Hamilton Blvd., Suite 1400
Peoria, Illinois  61602
Phone:  309/671-3550
Fax:  309/671-3588
E-mail:  djohns@westerveltlaw.com
Our File No.:  525/41493