E-FILED
Tuesday, 15 March, 2005  10:29:58 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
OF THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| BRIAN COOTS, ) | |
| ) | |
| Plaintiff, ) | |
| ) Civil Action No.: 04-1161 | |
| vs. ) | |
| ) TRIAL BY JURY DEMANDED | |
| PEORIA & PEKIN UNION RAILWAY., ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO EXTEND EXPERT DEADLINES

NOW COMES the Plaintiff, BRIAN COOTS, by and through his attorney, CRAIG W. CHURCH and HOEY & FARINA, and for his Motion to Extend Rule 26(a)(2) Disclosure Deadlines, states:

1. This case is scheduled for jury trial on May 22, 2006. Plaintiff is required to disclose experts by June 1, 2005. At the time that the case management schedule was established, it was not known that plaintiff would be undergoing back surgery.

2. On November 25, 2003, plaintiff underwent a lumbar discectomy and laminectomy. On February 1, 2004 plaintiff began physical therapy. Plaintiff will require additional rehabilitation before Dr. Hannigan will be in a position to opine as to what plaintiff's permanent medical restrictions are and what his prognosis is.

3. Consequently, Plaintiff will not be in a position to disclose medical, economic and vocational rehabilitation 26(a)(2) witnesses by June 1, 2005. The parties have completed the depositions of six liability fact witnesses. An inspection of the locus of the occurrence is

scheduled for March 15, 2005. Assuming that the inspection goes forward on March 15, Plaintiff anticipates he will be able to disclose his liability expert by June 1, 2005.

WHEREFORE, Plaintiff respectfully requests the prior case management order be modified to vacate the June 1, 2005 date for disclosure of Plaintiff's non-liability Rule 26(a)(2) witnesses, setting the case for a status to establish a deadline for disclosure of non-liability 26(a)(2) disclosures, and that this Court enter such further relief as is just and necessary under the circumstances.

_____
Craig W. Church
Attorney for Plaintiff

HOEY & FARINA
Attorneys at Law
542 S. Dearborn
Suite 200
Chicago, IL 60605
(312) 939-1212

**PROOF OF SERVICE**

    Craig W. Church, an attorney, certifies that he served a copy of the above listed documents upon the attorney listed below, by placing a copy of same in the U.S. Mail box located at 542 S. Dearborn, Chicago, Illinois 60605, on February 28, 2005.

Mr. Daniel L. Johns<br>
Westervelt, Johnson, Nicoll & Keller, LLC<br>
411 Hamilton Blvd., Suite 1400<br>
Peoria, IL 61602

                                                                              _____<br>
                                                                                 Attorney for Plaintiff

Craig W. Church<br>
HOEY & FARINA<br>
542 S. Dearborn St., Ste. 200<br>
Chicago, IL 60605<br>
(312) 939-1212