IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| BRIAN COOTS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PEORIA & PEKIN UNION RAILWAY COMPANY, ) <br> ) <br> Defendant. ) | Civil Action No. 04-1161 |

### NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

The undersigned, on behalf of Defendant, PEORIA & PEKIN UNION RAILWAY COMPANY, certifies that true copies of the following were served on the indicated dates:

| Document Served | Date of Mailing |
|---|---|
| (1) Defendant's Supplemental Request to Produce | March 22, 2005 |
| (2) Defendant's Supplemental Interrogatories | March 22, 2005 |

upon the parties in this case by enclosing said copies in separate envelopes addressed to their attorneys of record as described below and depositing said envelopes with postage prepaid for first-class mail in the United States mail at Peoria, Illinois on March 22, 2005:

Craig W. Church
Hoey & Farina
542 S. Dearborn, Suite 200
Chicago, Illinois 60605

                                                      s/ Daniel L. Johns
Daniel L. Johns, One of Its Attorneys
Attorney Bar No.: 1339389
Attorney for Defendant
WESTERVELT, JOHNSON, NICOLL & KELLER, LLC
411 Hamilton Blvd., Suite 1400
Peoria, Illinois 61602
Phone: 309/671-3550
Fax: 309/671-3588
E-mail: djohns@westerveltlaw.com
Our File No.: 525/41493

## CERTIFICATE OF SERVICE

      I hereby certify that on March 22, 2005 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      I hereby certify that I have mailed by United States Postal Service, first-class postage prepaid, the document to the following non CM-ECF participant:

Craig W. Church  
Hoey & Farina  
542 S. Dearborn, Suite 200  
Chicago, Illinois  60605.

                                       s/ Daniel L. Johns  
                        Daniel L. Johns, One of Its Attorneys  
                        Attorney Bar No.:  1339389  
                        Attorney for Defendant  
                        WESTERVELT, JOHNSON, NICOLL & KELLER, LLC  
                        411 Hamilton Blvd., Suite 1400  
                        Peoria, Illinois  61602  
                        Phone:  309/671-3550  
                        Fax:  309/671-3588  
                        E-mail:  djohns@westerveltlaw.com  
                        Our File No.:  525/41493