E-FILED
Friday, 15 April, 2005  03:57:36 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| BRIAN COOTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 04-1161 |
| | ) | |
| PEORIA & PEKIN UNION RAILWAY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

The undersigned, on behalf of Defendant, PEORIA & PEKIN UNION RAILWAY COMPANY, certifies that true copies of the following were served on the indicated dates:

| | Document Served | Date of Mailing |
|---|---|---|
| (1) | Response to Request to Admit | April 15, 2005 |
| (2) | Answers to Plaintiff's Third Set of Supplemental Interrogatories | April 15, 2005 |
| (3) | Response of Peoria & Pekin Union Railway Company to Plaintiff's Third Supplemental Request for Production to Defendant | April 15, 2005 |

upon the parties in this case by enclosing said copies in separate envelopes addressed to their attorneys of record as described below and depositing said envelopes with postage prepaid for first-class mail in the United States mail at Peoria, Illinois on April 15, 2005:

Craig W. Church
Hoey & Farina
542 S. Dearborn, Suite 200
Chicago, Illinois  60605

                                       s/ Daniel L. Johns
Daniel L. Johns, One of Its Attorneys
Attorney Bar No.:  1339389
Attorney for Defendant
WESTERVELT, JOHNSON, NICOLL & KELLER, LLC
411 Hamilton Blvd., Suite 1400
Peoria, Illinois  61602
Phone:  309/671-3550
Fax:  309/671-3588
E-mail:  djohns@westerveltlaw.com
Our File No.:  525/41493

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 15, 2005 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Craig W. Church, Hoey & Farina, 542 S. Dearborn, Suite 200, Chicago, Illinois 60605

      I hereby certify that I have mailed by United States Postal Service, first-class postage prepaid, the document to the following non CM-ECF participant:


                                                        s/ Daniel L. Johns
                              Daniel L. Johns, One of Its Attorneys
                              Attorney Bar No.: 1339389
                              Attorney for Defendant
                              WESTERVELT, JOHNSON, NICOLL & KELLER, LLC
                              411 Hamilton Blvd., Suite 1400
                              Peoria, Illinois 61602
                              Phone: 309/671-3550
                              Fax: 309/671-3588
                              E-mail: djohns@westerveltlaw.com
                              Our File No.: 525/41493