E-FILED
Thursday, 14 July, 2005  09:41:21 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| BRIAN COOTS,                                )<br>        Plaintiff,         )<br>                                             )<br>  vs.                                      )<br>                                             )<br>PEORIA & PEKIN UNION RAILWAY COMPANY,        )<br>        Defendant.         ) | Civil Action No. 04-1161 |

### NOTICE OF TAKING DISCOVERY DEPOSITION

TO:   Craig Church, Hoey & Farina, counsel for Plaintiff
      L.A. Reporting

YOU WILL HEREBY TAKE NOTICE that on **Thursday, July 28, 2005, at 11:00 a.m.**, at the offices of Hoey & Farina, 542 South Dearborn, Suite 200, Chicago, Illinois 60605, counsel for Defendant, will take the deposition of **ALAN BLACKWELL**, that said deposition will be taken on oral interrogatories before L.A. Reporting, a Notary Public, or any other officer authorized by law to take depositions in like cases, at which time and place **ALAN BLACKWELL** is requested to appear for said deposition.

Dated this 14th day of July, 2005.

                PEORIA & PEKIN UNION RAILWAY COMPANY,
                Defendant.


                       s/ Daniel L. Johns
                Daniel L. Johns, Attorney Bar No.: 1339389
                Attorney for Defendant
                WESTERVELT, JOHNSON, NICOLL & KELLER, LLC
                411 Hamilton Boulevard, Suite 1400
                Peoria, IL  61602
                Telephone: 309/671-3550
                Facsimile:  309/671-3588
                Our File No.: 525/41493
                e-mail:  djohns@westerveltlaw.com

**PROOF OF SERVICE**

      I hereby certify that on July 14, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Craig W. Church, Hoey & Farina, 542 S. Dearborn, Suite 200, Chicago, Illinois 60605, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: L.A. Reporting, 29 S. LaSalle Street, Chicago, Illinois 60603-1507.

                                              s/ Daniel L. Johns
Daniel L. Johns, Attorney Bar No.: 1339389
Attorney for Defendant
WESTERVELT, JOHNSON, NICOLL & KELLER, LLC
411 Hamilton Boulevard, Suite 1400
Peoria, IL 61602
Telephone: 309/671-3550
Facsimile: 309/671-3588
Our File No.: 525/41493
e-mail: djohns@westerveltlaw.com