IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| BRIAN COOTS, | ) | |
|       Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 04-1161 |
| | ) | |
| PEORIA & PEKIN UNION RAILWAY COMPANY, | ) | |
|       Defendant. | ) | |

### NOTICE OF TAKING DISCOVERY DEPOSITION

TO:    Craig Church, Hoey & Farina, counsel for Plaintiff
          Reynolds Reporting Service

     YOU WILL HEREBY TAKE NOTICE that on **Tuesday July 26, 2005, at 1230 p.m.**, at the offices of Associated University Neurosurgeons, 719 N. William Kumpf Blvd., Suite 100, Peoria, Illinois 61605, counsel for Defendant, will take the deposition of **WILLIAM C. HANIGAN, M.D.**, that said deposition will be taken on oral interrogatories before Reynolds Reporting Service, a Notary Public, or any other officer authorized by law to take depositions in like cases, at which time and place **WILLIAM C. HANIGAN, M.D.** is requested to appear for said deposition.

     Dated this 21st day of July, 2005.

                                   PEORIA & PEKIN UNION RAILWAY COMPANY, Defendant.

                                          s/ Daniel L. Johns
                                 Daniel L. Johns, Attorney Bar No.: 1339389
                                 Attorney for Defendant
                                 WESTERVELT, JOHNSON, NICOLL & KELLER, LLC
                                 411 Hamilton Boulevard, Suite 1400
                                 Peoria, IL  61602
                                 Telephone: 309/671-3550
                                 Facsimile:  309/671-3588
                                 Our File No.: 525/41493
                                 e-mail:  djohns@westerveltlaw.com

**PROOF OF SERVICE**

      I hereby certify that on July 21, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Craig W. Church, Hoey & Farina, 542 S. Dearborn, Suite 200, Chicago, Illinois 60605, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:  Reynolds Reporting Service, 415 Hamilton Blvd., Peoria, Illinois  61602.

                s/ Daniel L. Johns
                Daniel L. Johns, Attorney Bar No.:  1339389
                Attorney for Defendant
                WESTERVELT, JOHNSON, NICOLL & KELLER, LLC
                411 Hamilton Boulevard, Suite 1400
                Peoria, IL  61602
                Telephone: 309/671-3550
                Facsimile:  309/671-3588
                Our File No.: 525/41493
                e-mail:  djohns@westerveltlaw.com