IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| BRIAN COOTS, ) Plaintiff, ) ) vs. ) ) PEORIA & PEKIN UNION RAILWAY COMPANY, ) Defendant. ) | Civil Action No. 04-1161 |

## NOTICE OF TAKING DISCOVERY DEPOSITION

TO:    Craig Church, Hoey & Farina, counsel for Plaintiff
 L.A. Reporting

YOU WILL HEREBY TAKE NOTICE that on **Tuesday, September 27, 2005, at 10:00 a.m.**, at the offices of Hoey & Farina, 542 South Dearborn, Suite 200, Chicago, Illinois 60605, counsel for Defendant, will take the deposition of **DENNIS GATES, M.D.**, that said deposition will be taken on oral interrogatories before L.A. Reporting, a Notary Public, or any other officer authorized by law to take depositions in like cases, at which time and place **DENNIS GATES, M.D.** is requested to appear for said deposition.

 Dated this 2nd day of August, 2005.

 PEORIA & PEKIN UNION RAILWAY COMPANY, Defendant.

 s/ Daniel L. Johns
 Daniel L. Johns, Attorney Bar No.: 1339389
 Attorney for Defendant
 WESTERVELT, JOHNSON, NICOLL & KELLER, LLC
 411 Hamilton Boulevard, Suite 1400
 Peoria, IL  61602
 Telephone: 309/671-3550
 Facsimile:  309/671-3588
 Our File No.: 525/41493
 e-mail:  djohns@westerveltlaw.com

**PROOF OF SERVICE**

      I hereby certify that on August 2, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Craig W. Church, Hoey & Farina, 542 S. Dearborn, Suite 200, Chicago, Illinois 60605, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: L.A. Reporting, 29 S. LaSalle Street, Chicago, Illinois 60603-1507.

                                                  s/ Daniel L. Johns
                                Daniel L. Johns, Attorney Bar No.: 1339389
                                Attorney for Defendant
                                WESTERVELT, JOHNSON, NICOLL & KELLER, LLC
                                411 Hamilton Boulevard, Suite 1400
                                Peoria, IL  61602
                                Telephone: 309/671-3550
                                Facsimile:  309/671-3588
                                Our File No.: 525/41493
                                e-mail:  djohns@westerveltlaw.com