E-FILED
Tuesday, 02 August, 2005  02:01:50 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| BRIAN COOTS, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 04-1161 |
| | ) | |
| PEORIA & PEKIN UNION RAILWAY COMPANY, | ) | |
|     Defendant. | ) | |

### NOTICE OF TAKING DISCOVERY DEPOSITION

TO:   Craig Church, Hoey & Farina, counsel for Plaintiff
      L.A. Reporting

YOU WILL HEREBY TAKE NOTICE that on **Friday, September 16, 2005, at 12:00 p.m.**, at the offices of Hoey & Farina, 542 South Dearborn, Suite 200, Chicago, Illinois 60605, counsel for Defendant, will take the deposition of **TERRY L. CORDRAY, M.S., CRC, CCM, ABVE**, that said deposition will be taken on oral interrogatories before L.A. Reporting, a Notary Public, or any other officer authorized by law to take depositions in like cases, at which time and place **TERRY L. CORDRAY, M.S., CRC, CCM, ABVE** is requested to appear for said deposition.

Dated this 2nd day of August, 2005.

PEORIA & PEKIN UNION RAILWAY COMPANY, Defendant.

_____s/ Daniel L. Johns_____
Daniel L. Johns, Attorney Bar No.: 1339389
Attorney for Defendant
WESTERVELT, JOHNSON, NICOLL & KELLER, LLC
411 Hamilton Boulevard, Suite 1400
Peoria, IL  61602
Telephone: 309/671-3550
Facsimile:  309/671-3588
Our File No.: 525/41493

e-mail:  djohns@westerveltlaw.com

**PROOF OF SERVICE**

      I hereby certify that on August 2, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Craig W. Church, Hoey & Farina, 542 S. Dearborn, Suite 200, Chicago, Illinois 60605, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:  L.A. Reporting, 29 S. LaSalle Street, Chicago, Illinois 60603-1507.


                    s/ Daniel L. Johns
Daniel L. Johns, Attorney Bar No.:  1339389
Attorney for Defendant
WESTERVELT, JOHNSON, NICOLL & KELLER, LLC
411 Hamilton Boulevard, Suite 1400
Peoria, IL  61602
Telephone: 309/671-3550
Facsimile:  309/671-3588
Our File No.: 525/41493
e-mail:  djohns@westerveltlaw.com