E-FILED
Wednesday, 10 August, 2005  03:18:27 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| BRIAN COOTS, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 04-1161 |
| ) | |
| PEORIA & PEKIN UNION RAILWAY COMPANY, ) | |
|     Defendant. ) | |

### NOTICE OF TAKING DISCOVERY DEPOSITION

TO:   Craig Church, Hoey & Farina, counsel for Plaintiff
        Reynolds Reporting Service

     YOU WILL HEREBY TAKE NOTICE that on **Friday, September 9, 2005, at 2:00 p.m.**, at the offices of Proctor First Care, 621 W. Jackson Street, Morton, Illinois 61556, counsel for Defendant, will take the deposition of **MATTHEW STETTER, M.D.**, that said deposition will be taken on oral interrogatories before Reynolds Reporting Service, a Notary Public, or any other officer authorized by law to take depositions in like cases, at which time and place **MATTHEW STETTER, M.D.** is requested to appear for said deposition.

     Dated this 10th day of August, 2005.

                            PEORIA & PEKIN UNION RAILWAY COMPANY, Defendant.

                            _____s/ Daniel L. Johns_____
                            Daniel L. Johns, Attorney Bar No.: 1339389
                            Attorney for Defendant
                            WESTERVELT, JOHNSON, NICOLL & KELLER, LLC
                            411 Hamilton Boulevard, Suite 1400
                            Peoria, IL  61602
                            Telephone: 309/671-3550
                            Facsimile:  309/671-3588
                            Our File No.: 525/41493
                            e-mail:  djohns@westerveltlaw.com

**PROOF OF SERVICE**

      I hereby certify that on August 10, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Craig W. Church, Hoey & Farina, 542 S. Dearborn, Suite 200, Chicago, Illinois  60605, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:  Reynolds Reporting Service, 415 Hamilton Blvd., Peoria, Illinois  61602.

                                                                                s/ Daniel L. Johns
Daniel L. Johns, Attorney Bar No.:  1339389
Attorney for Defendant
WESTERVELT, JOHNSON, NICOLL & KELLER, LLC
411 Hamilton Boulevard, Suite 1400
Peoria, IL  61602
Telephone: 309/671-3550
Facsimile:  309/671-3588
Our File No.: 525/41493
e-mail:  djohns@westerveltlaw.com