IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| BRIAN COOTS, | ) | |
|       Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 04-1161 |
| | ) | |
| PEORIA & PEKIN UNION RAILWAY COMPANY, | ) | |
|       Defendant. | ) | |

## NOTICE OF TAKING DISCOVERY DEPOSITION

TO:    Craig Church, Hoey & Farina, counsel for Plaintiff
           Reynolds Reporting Service

YOU WILL HEREBY TAKE NOTICE that on **Friday, September 9, 2005, at 4:00 p.m.**, at the offices of Westervelt, Johnson, Nicoll & Keller, LLC, 411 Hamilton Blvd., Suite 1400, Peoria, Illinois, counsel for Defendant, will take the deposition of **MICHELLE COOTS**, that said deposition will be taken on oral interrogatories before Reynolds Reporting Service, a Notary Public, or any other officer authorized by law to take depositions in like cases, at which time and place **MICHELLE COOTS** is requested to appear for said deposition.

Dated this 12th day of August, 2005.

PEORIA & PEKIN UNION RAILWAY COMPANY, Defendant.

        s/ Daniel L. Johns
Daniel L. Johns, Attorney Bar No.: 1339389
Attorney for Defendant
WESTERVELT, JOHNSON, NICOLL & KELLER, LLC
411 Hamilton Boulevard, Suite 1400
Peoria, IL  61602
Telephone: 309/671-3550
Facsimile:  309/671-3588
Our File No.: 525/41493
e-mail:  djohns@westerveltlaw.com

**PROOF OF SERVICE**

      I hereby certify that on August 12, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Craig W. Church, Hoey & Farina, 542 S. Dearborn, Suite 200, Chicago, Illinois 60605, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:  Reynolds Reporting Service, 415 Hamilton Blvd., Peoria, Illinois  61602.

          s/ Daniel L. Johns
Daniel L. Johns, Attorney Bar No.:  1339389
Attorney for Defendant
WESTERVELT, JOHNSON, NICOLL & KELLER, LLC
411 Hamilton Boulevard, Suite 1400
Peoria, IL  61602
Telephone: 309/671-3550
Facsimile:  309/671-3588
Our File No.: 525/41493
e-mail:  djohns@westerveltlaw.com