IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| BRIAN COOTS, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 04-1161 |
| ) | |
| PEORIA & PEKIN UNION RAILWAY COMPANY, ) | |
|     Defendant. ) | |

### NOTICE OF TAKING DISCOVERY DEPOSITION

TO:   Craig Church, Hoey & Farina, counsel for Plaintiff
Reynolds Reporting Service

YOU WILL HEREBY TAKE NOTICE that on **Friday, September 9, 2005, at 3:30 p.m.**, at the offices of Westervelt, Johnson, Nicoll & Keller, LLC, 411 Hamilton Blvd., Suite 1400, Peoria, Illinois, counsel for Defendant, will take the deposition of **SARA COOTS**, that said deposition will be taken on oral interrogatories before Reynolds Reporting Service, a Notary Public, or any other officer authorized by law to take depositions in like cases, at which time and place **SARA COOTS** is requested to appear for said deposition.

Dated this 12th day of August, 2005.

PEORIA & PEKIN UNION RAILWAY COMPANY, Defendant.

      s/ Daniel L. Johns
Daniel L. Johns, Attorney Bar No.: 1339389
Attorney for Defendant
WESTERVELT, JOHNSON, NICOLL & KELLER, LLC
411 Hamilton Boulevard, Suite 1400
Peoria, IL  61602
Telephone: 309/671-3550
Facsimile:  309/671-3588
Our File No.: 525/41493
e-mail:  djohns@westerveltlaw.com

**PROOF OF SERVICE**

      I hereby certify that on August 12, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Craig W. Church, Hoey & Farina, 542 S. Dearborn, Suite 200, Chicago, Illinois 60605, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: Reynolds Reporting Service, 415 Hamilton Blvd., Peoria, Illinois 61602.

           s/ Daniel L. Johns
Daniel L. Johns, Attorney Bar No.: 1339389
Attorney for Defendant
WESTERVELT, JOHNSON, NICOLL & KELLER, LLC
411 Hamilton Boulevard, Suite 1400
Peoria, IL 61602
Telephone: 309/671-3550
Facsimile: 309/671-3588
Our File No.: 525/41493
e-mail: djohns@westerveltlaw.com