IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| BRIAN COOTS, )<br> )<br>   Plaintiff, )<br> )<br>vs. )<br> )<br>PEORIA & PEKIN UNION RAILWAY COMPANY, )<br> )<br>   Defendant. ) | Civil Action No. 04-1161 |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

The undersigned, on behalf of Defendant, PEORIA & PEKIN UNION RAILWAY COMPANY, certifies that true copies of the following were served on the indicated dates:

| | Document Served | Date of Mailing |
|---|---|---|
| (1) | Response to Plaintiff's Fourth Request to Admit | August 15, 2005 |
| (2) | Defendant's Answers and Objections to Plaintiff's Fourth Request to Admit | August 15, 2005 |
| (3) | Response of Peoria & Pekin Union Railway Company to Plaintiff's Supplemental Request for Production to Defendant | August 15, 2005 |
| (4) | Answer to Request to Admit | August 15, 2005 |

upon the parties in this case by enclosing said copies in separate envelopes addressed to their attorneys of record as described below and depositing said envelopes with postage prepaid for first-class mail in the United States mail at Peoria, Illinois on August 15, 2005:

Craig W. Church
Hoey & Farina
542 S. Dearborn, Suite 200
Chicago, Illinois 60605

                                                s/ Daniel L. Johns
Daniel L. Johns, One of Its Attorneys
Attorney Bar No.: 1339389
Attorney for Defendant
WESTERVELT, JOHNSON, NICOLL & KELLER, LLC
411 Hamilton Blvd., Suite 1400
Peoria, Illinois  61602
Phone:  309/671-3550
Fax:  309/671-3588
E-mail:  djohns@westerveltlaw.com
Our File No.:  525/41493

**CERTIFICATE OF SERVICE**

       I hereby certify that on August 15, 2005 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Craig W. Church, Hoey & Farina, 542 S. Dearborn, Suite 200, Chicago, Illinois 60605

       I hereby certify that I have mailed by United States Postal Service, first-class postage prepaid, the document to the following non CM-ECF participant _____:

                                                s/ Daniel L. Johns
Daniel L. Johns, One of Its Attorneys
Attorney Bar No.: 1339389
Attorney for Defendant
WESTERVELT, JOHNSON, NICOLL & KELLER, LLC
411 Hamilton Blvd., Suite 1400
Peoria, Illinois  61602
Phone:  309/671-3550
Fax:  309/671-3588
E-mail:  djohns@westerveltlaw.com
Our File No.:  525/41493