E-FILED
Monday, 16 January, 2006 01:00:04 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| BRIAN COOTS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 04-1161 |
| ) | |
| PEORIA & PEKIN UNION RAILWAY COMPANY, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION FOR DISMISSAL

NOW COMES the Plaintiff, BRIAN COOTS, by his attorney, HOEY & FARINA, and Defendant, PEORIA & PEKIN UNION RAILWAY COMPANY, by its attorneys, WESTERVELT, JOHNSON, NICOLL & KELLER, LLC, and stipulate and agree that the causes of action alleged in the Complaint have been compromised and settled and that the above entitled case may be dismissed with prejudice, costs paid, causes of action satisfied.

       BRIAN COOTS, Plaintiff

       HOEY & FARINA


    By:  /s/ Craig W. Church
       One of His Attorneys
       Craig W. Church
       Hoey & Farina
       542 South Dearborn, Suite 200
       Chicago, Illinois 60605
       Telephone: 312/939-1212
       Facsimile: 312/939-7842

PEORIA & PEKIN UNION RAILWAY COMPANY, Defendant

WESTERVELT, JOHNSON, NICOLL & KELLER, LLC


By:   /s/Daniel L. Johns
      One of Its Attorneys
      Daniel L. Johns, Attorney Bar No.:  1339389
      Attorney for Defendant
      WESTERVELT, JOHNSON, NICOLL & KELLER, LLC
      411 Hamilton Boulevard, Suite 1400
      Peoria, IL  61602
      Telephone: 309/671-3550
      Facsimile:  309/671-3588
      Our File No.: 525/41493
      e-mail:  djohns@westerveltlaw.com


**PROOF OF SERVICE**


      I hereby certify that on January 16, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Craig W. Church, Hoey & Farina, 542 S. Dearborn, Suite 200, Chicago, Illinois 60605, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:


      s/ Daniel L. Johns
Daniel L. Johns, Attorney Bar No.:  1339389
Attorney for Defendant
WESTERVELT, JOHNSON, NICOLL & KELLER, LLC
411 Hamilton Boulevard, Suite 1400
Peoria, IL  61602
Telephone: 309/671-3550
Facsimile:  309/671-3588
Our File No.: 525/41493
e-mail:  djohns@westerveltlaw.com